(February 19, 1971)

In the Matter of HEMPSTEAD VOLUNTEER FIRE DEPARTMENT et al., Petitioners, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Rabin, P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.